## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: CONDEMNATION BY THE PENNSYLVANIA TURNPIKE COMMISSION OF PROPERTY LOCATED IN THE TOWNSHIP OF BRISTOL, BUCKS COUNTY, COMMONWEALTH OF PENNSYLVANIA FOR THE I-95 INTERCHANGE PROJECT (PARCEL ID NO. 05-020-048) THE PENNSYLVANIA TURNPIKE COMMISSION

            v.

ORANGE HILL, INC. AND MARTIN/PETRONE, L.P.,

        Petitioners

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 419 MAL 2017

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.